UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL BRADPIECE | ) |
| Plaintiff | ) Case Number: 12-3343 |
| vs. | ) |
| LAW OFFICE OF THOMAS LANDIS, LLC | ) |
| Defendant | ) |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff, Paul Bradpiece, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, without prejudice.

Warren Law Group, P.C.

BY: /s/ Bruce K. Warren
Bruce K. Warren, Esquire
Attorney for Plaintiff
Warren Law Group, P.C.
58 Euclid Street
Woodbury, NJ 08096
856-848-4572